IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| ALYSIA DUNCAN and SYDNEE FRITZ, individually and on behalf of those similarly situated, ) ) ) ) Plaintiff, ) ) vs. ) ) DERBY WINGS, LLC ) d/b/a HOOTERS, ) ) Defendant. ) | Cause No. 4:21-CV-73-PPS-JEM |

## ORDER

Plaintiffs, Alysia Duncan and Sydnee Fritz, and Defendant, Derby Wings, LLC d/b/a Hooters, filed a Joint Stipulation of Dismissal with Prejudice. [DE 15.] Per my request, they then filed a Joint Statement of Clarification [DE 17]. The parties have clarified that the two individual settlements with the plaintiffs have been approved by the respective arbitrators for each case, and the parties are not seeking the Court's approval of the settlements. Additionally, while this action was originally styled as a collective action before Defendant invoked its arbitration agreements, the parties concede that the arbitration agreements contain waivers of the right to participate in a class or collective action; therefore, class certification was unavailable and not pursued in this case. Rather, the matters were handled individually in arbitration. Because the individual claims have been resolved and Plaintiffs are unable to pursue a collective action on behalf of class members, the parties stipulate that the action should be dismissed entirely and with prejudice.

Therefore, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), the Stipulation of Dismissal [DE 15] is **GRANTED**.  The Clerk is **ORDERED** to **DISMISS** this case **WITH PREJUDICE**, with each party bearing her or its own costs and fees.  Last, the Clerk is **ORDERED** to **CLOSE THIS CASE**.

ENTERED: April 3, 2023.

 s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT